**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**HAROLD DAVEY CASSELL,**
**ADC #73885**                                                                        **PLAINTIFF**

**VS.**                              **5:16-CV-00122-BRW-JTR**

**RORY GRIFFIN, Deputy Director of**
**Health and Correctional Services, ADC,** *et al.*                **DEFENDANTS**

## ORDER

I have reviewed the Recommendation submitted by United States Magistrate Judge J.

Thomas Ray and the filed objections.   After carefully considering these documents and making

a *de novo* review of the record in this case, I approve and adopt the Recommendation as set out

below:

Cassell's motion for a preliminary injunction (Doc. No. 77) is DENIED.   I certify that an

*in forma pauperis* appeal from this Order would not be taken in good faith.[1]

IT IS SO ORDERED this 12th day of September, 2017.


                                                            /s/ Billy Roy Wilson_____
                                                            UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).