# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**HAROLD DAVEY CASSELL,**
**ADC #73885**                                                                 **PLAINTIFF**

**VS.**                               **5:16-CV-00122-BRW-JTR**

**RORY GRIFFIN, Deputy Director of**
**Health and Correctional Services, ADC,** *et al.*                            **DEFENDANTS**

## ORDER

I have reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray (Doc. No. 88). No objections were filed. After careful review, I approve and adopt the Recommendation as set out below:

Defendants' motions for summary judgment (Docs. 56 & 62) are GRANTED. Cassell's claims against Stieve, Peyton, Griswold, Bland, CCS, and Griffin are DISMISSED with prejudice.

IT IS SO ORDERED this 16th day of February, 2018.

/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE