IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**HAROLD DAVEY CASSELL,**
**ADC #73885**                                                                                                  **PLAINTIFF**

**VS.**                      **5:16-CV-00122-BRW-JTR**

**RORY GRIFFIN, Deputy Director of**
**Health and Correctional Services, ADC,** *et al.*             **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered today, judgment is entered in favor of Defendants. All relief sought is denied, and this case is closed.

IT IS SO ORDERED this 16th day of February, 2018.

                                                        /s/ Billy Roy Wilson _____
                                                        UNITED STATES DISTRICT JUDGE